**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **RAY JUSTICE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:25-cv-00468** |
| | ) | **JURY DEMANDED** |
| **CITY OF MILLERSVILLE,** | ) | |
| **TENNESSEE, SHAWN TAYLOR, in his** | ) | |
| **official and individual capacities, and** | ) | |
| **BRYAN MORRIS, in his official and** | ) | |
| **individual capacities,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DECLARATION OF RAY JUSTICE

Comes Ray Justice and would declare as follows:

1.    I am an adult resident of Wilson County, Tennessee, and otherwise competent to provide this declaration.

2.    I understand the Bryant Kroll ("Mr. Kroll") was the City Attorney for Millersville from approximately June, 2024, until December, 2024, when he left, technically resigning. During this time, Defendant Shawn Taylor and Defendant Bryan Morris both worked for Millersville.

3.    On or about June 5, 2024, I viewed a NewsChannel 5 article titled "Millersville city attorney admits he generated reports used by conspiracy cop, but denies conflict of interest." (A copy of the article is attached hereto and incorporated herein as Exhibit 1.)   A similar broadcast by NewsChannel 5 appeared at or near the time of the article.

4.     According to the article and Mr. Kroll's LinkedIn account, The Blackburn Firm was Mr. Kroll's former law firm.  (A copy of Mr. Kroll's LinkedIn account is attached hereto as Exhibit 2.)

5.     I, Ray Justice, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the foregoing is true and correct.

Executed this the 15th day of August, 2025.

s/Ray Justice

**RAY JUSTICE**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and exact copy of the foregoing document has been sent via the Court's Electronic Filing System to the following on this the 15th day of August, 2025:

Geoffrey A. Lindley
Matthew R. Courtner
Rainey, Kizer
209 East Main Street
Post Office Box 1147
Jackson, Tennessee 38302-1147

Keith Grant
Phillip Aaron Wells
Robinson, Smith & Wells, LLC
Suite 700, Republic Centre
633 Chestnut Street
Chattanooga, Tennessee  37450

Bryant Kroll
Law Office of Bryant Kroll
Post Office Box 219
Pegram, Tennessee  37143

/s/ Ben M. Rose
Ben M. Rose

3

# EXHIBIT 1

ADVERTISEMENT

NEWS › NEWSCHANNEL 5 INVESTIGATES ›   
QANON COMES TO MAIN STREET

# Millersville city attorney admits he generated reports used by conspiracy cop, but denies conflict of interest

*Posted 6:44 PM, Jun 05, 2024 and last updated 8:30 PM, Jun 05, 2024*

By: Phil Williams

CLOSE



At Permadex, we deserve both pea and excellent





Bryant Kroll wears a lot of hats. He's the attorney representing the embattled City of Millersville. He also represents Mayor Tommy Long, who faces accusations of misconduct in an ouster suit.

 

NASHVILLE, Tenn. (WTVF) — Bryant Kroll wears a lot of hats.

He's the attorney representing the embattled City of Millersville. He also represents Mayor Tommy Long, who faces accusations of misconduct in an ouster suit. Plus, he's the personal attorney for Police Chief Bryan Morris and Assistant Police Chief Shawn Taylor, representing them in a lawsuit against the City of Ridgetop.

In addition, Kroll now admits he used his old law firm's accounts to generate research reports that have fueled some of Shawn Taylor's bizarre conspiracy theories — even as Kroll encouraged the Millersville Board of Commissioners not to hold a special meeting to investigate the city's so-called conspiracy cop.

ADVERTISEMENT

CLOSE



Continue watching
**Unforgettable Culinary Retreats with Rêverie**
after the ad

Kroll insisted he sees no conflicts, although he admitted he now faces an ethics investigation by the state board that regulates attorneys.

"Is there a complaint against you with the board?" *NewsChannel 5 Investigates* asked Kroll.

"Several," he admitted.

"On this issue of your representation of multiple people?"

"Uh-huh," he acknowledged.

"And what is the status?"

"The status of it is, it is pending, and it's going to take a long time for it to be resolved," he responded.

On Monday, *NewsChannel 5 Investigates* went to the Millersville Board of Commissioners to ask about Shawn Taylor's conspiracy theories. Last year, Taylor appeared on this podcast where he speculated that the Covenant School shooting was actually staged.

CLOSE

NewsChannel 5 asked Mayor Tommy Long, "Does he not owe the Covenant families an apology?"

Kroll interrupted. "I thought he said he didn't know what to believe."

We turned to Kroll, "Are you representing him or the city?"

"I represent the city, Phil."

Kroll insisted none of his representations violate any ethical rules, claiming that the Millersville charter requires him to represent the mayor in the ouster suit.

The attorney behind that suit has filed a motion to require Kroll to drop out of the case.

After *NewsChannel 5 Investigates* raised concerns about Taylor's bizarre ideas, two commission members asked for a special meeting to investigate Shawn Taylor's hiring.

At this week's commission work session, Kroll complained about a NewsChannel 5 report titled: "Don't investigate my client, conspiracy cop's attorney tells his other client, the City of Millersville."

The attorney claimed he never encouraged the commission not to investigate Taylor.

"I never once said that," Kroll told *NewsChannel 5 Investigates* after the meeting.

So we read the words from his own email: "I strongly advise reconsidering the proposed course of action for scheduling a special-called meeting."

"Sure, did," Kroll admitted. "It's only my duty to advise them what the legal implications are."

We wanted to know, "What are the legal implications of not investigating him?"

"Not investigating him? He's already had his background check conducted. He's

CLOSE

*NewsChannel 5 Investigates* related, "I asked Bryant Kroll. I said, 'Isn't there a liability in not investigating?'"

Templet readily agreed with that notion, "100 percent."

We noted that Kroll denied any such liability.

"Of course not," Templet shot back. "He's a terrible attorney."

In the meeting Kroll also insisted that NewsChannel 5 was wrong when we reported Taylor's conspiracy theories have become a subject of interest in at least one of the lawsuits in which he represented Taylor.

"That's absolutely false," he insisted.

But *NewsChannel 5 Investigates* found another podcast video in which Taylor acknowledged that people representing the city of Ridgetop had been tracking his conspiracy theories — theories that, he claimed, led to him being fired.

"Just so you know, there's an attorney in Nashville that's been paying attention to these podcasts," he added.

And in another of his conspiracy videos, he showed a background check on one of the public officials he has targeted.

Zoom in, and you'll see it was run through "The Blackburn Firm."

That's Bryant Kroll's old law firm.

The owner of that firm denied any knowledge of those reports run by his former associate.

"This is highly inappropriate, a misuse of that research service and was done without my knowledge," Gary Blackburn said.

But in a text message, Kroll insisted those searches "directly related" to his legal

CLOSE

"Those LexisNexis records are all public records that were accessed and utilized as part of the due diligence required of lawyers in litigation and in anticipation of litigation."

"You know that I cannot disclose the identity of clients and former clients without their permission, but they knew Shawn had the information at the time and expressly gave him permission to use it."

His text did not address the potential conflict of him advising the Board of Commissioners about conspiracy theories that may, in part, be based on his own research.

As for the commissioners who called for the special meeting to review Taylor's hiring, they worry their attorney is more concerned about protecting Millersville's conspiracy cop than he is in protecting Millersville.

*NewsChannel 5 Investigates* asked, "Should he continue as city attorney?"

"Absolutely not," Cristina Templet said.

David Gregory added, "No way."

"Major conflict of interest," Templet continued.

Again, Gregory added, "No way."

—————————

**Do you have information that would help me with my investigation? Send me your tips: [phil.williams@newschannel5.com](mailto:phil.williams@newschannel5.com)**

**Here is how this investigation has unfolded:**



CLOSE

**May 20, 2024:** Meet Millersville's conspiracy cop. He imagines sinister plots involving some of the country's most prominent political figures. Taylor recently landed in Millersville as assistant police chief, promising to root out the corruption he sees there. You can continue reading at this hyperlink.

**May 22, 2024:** The controversy over Millersville's conspiracy cop has now become the latest scandal rocking the tiny town just north of Nashville. Now, two city commissioners want a special meeting to figure out how Shawn Taylor landed his job. You can continue reading Part Two at this link.

**May 24, 2024:** An attorney for Millersville conspiracy cop Shawn Taylor has told Millersville's city commission, whom he also represents, that they should not question the assistant police chief's bizarre theories or psychological fitness. You can read more of this installment at this link.

**May 28, 2024:** New podcast video, uncovered by *NewsChannel 5 Investigates*, reveals how Shawn Taylor spread false and dangerous conspiracy theories about last year's Covenant School shooting that left three students and three staff members dead. You can click here to review that story.

**May 28, 2024:** Anna Caudill agreed to watch the video of Shawn Taylor knowing there might be only so much she could handle. Among the three children and three adults killed that day was her friend, Katherine Koonce. You can read more of Anna's story by tapping on this link.

CLOSE



Phil Williams/WTVF

"So we'll start this and then, when you've had enough you just stop it"

**June 3, 2024:** First, he went after Millersville's former mayor. Now, the town's assistant police chief says his two critics on the city commission could be next. Shawn Taylor made those comments as he turned to a group of far-right podcasters to defend himself. Tap this link to read from those Taylor's accused.

**June 4, 2024:** Millersville officials are standing with their assistant police chief and his bizarre conspiracy theories regarding Nashville's Covenant School shooting. Read how this meeting played out at this link.

**June 5, 2024:** Bryant Kroll wears a lot of hats. He's the attorney representing the embattled City of Millersville. He also represents Mayor Tommy Long, who faces accusations of misconduct in an ouster suit. Plus, he's the attorney for Bryan Morris and Shawn Taylor. To understand the role he plays, you can read that here.

**June 6, 2024:** In Shawn Taylor's world, "I'm the problem, it's me." I explain how we got here in this piece, which you can click on here.

CLOSE

Callender's own theories are sometimes even more far-fetched than Taylor's twisted view of the world. [Click here to read more about Shawn Taylor's attorney.](#)

**July 15, 2024:** What happens when you give people with bizarre conspiracy theories a gun and a badge? Secret recordings from inside the troubled Millersville Police Department provide a sobering answer to that question. Read more on this [investigation by tapping here.](#)



Facebook

Team pic shared by Shawn Taylor

**July 22, 2024:** In an explosive new development that could bring new trouble for the already-troubled Millersville Police Department, a key player in a child-predator sting says the lead detective on that operation lied under oath. You can read more about [that by clicking here.](#)

**July 23, 2024:** District Attorney General Robert Nash has asked the Tennesse

CLOSE

**July 29, 2024:** The Tennessee Bureau of Investigation has expanded its probe of the embattled Millersville Police Department, now looking into allegations that officials may have used sensitive law enforcement data to investigate their political enemies. Read more about that [by clicking here.](#)

**August 5, 2024:** With the Millersville Police Department now the focus of a TBI investigation, *NewsChannel 5 Investigates* has uncovered new questions about the stories that conspiracy cop Shawn Taylor tells about himself. You can catch up on the investigation [by tapping here.](#)

**August 12, 2024:** In a perplexing pair of podcast interviews, the Millersville chief of police says the Tennessee Bureau of Investigation has begun limiting his department's access to certain sensitive law enforcement data. [Read more about this latest development here.](#)

**August 26, 2024:** He has helped to fuel some of the wild conspiracy theories inside the troubled Millersville Police Department. He is a self-proclaimed pedophile hunter who believes America is controlled by what he calls "a satanic cult masquerading as Jews." Read more about Craig Sawyer [by clicking here.](#)



**August 27, 2024:** Craig Sawyer's response to my investigation illustrates how conspiracy theorists frequently use wild accusations and blustery language to avoid giving real answers about their bizarre beliefs. [Tap here to watch](#) as we dissect his 90-minute diatribe.

**September 4, 2024:** Tennessee Bureau of Investigation agents raided the Millersville Police Department and Shawn Taylor's home, executing a pair of search warrants as the criminal investigation into the troubled agency enters a dramatic new phase. [Read more about this new twist in the Millersville investigation.](#)



James Garbee/WTVF

TBI agents load up boxes of evidence seized from the Millersville Police Department on Sept. 4, 2024.

---

**September 5, 2024:** As the Tennessee Bureau of Investigation zeroes in on Millersville police, the department's controversial assistant police chief and his allies are going on the attack. [More here.](#)

**September 10, 2024:** "No, a TBI agent didn't pee in Shawn Taylor's tub, agency says in response to Taylor's latest claim." The headline says it all. [Click here.](#)

CLOSE

**October 7, 2024:** A well-known Arizona election denier says his group — working through Millersville's conspiracy-minded assistant police chief — gained access to a highly confidential federal database that tracks Americans' banking transactions and other financial data. Read the exclusive story here.

**October 22, 2024:** Two key GOP lawmakers – the chairman and a member of the state House committee that oversees the Tennessee Bureau of Investigation – recently warned the agency that it could face "unnecessary political fallout" if it does not end its criminal probe into the troubled Millersville Police Department. You can read the letter here.

**October 24, 2024:** A letter from two GOP lawmakers, which appeared to threaten the Tennessee Bureau of Investigation for its probe of the Millersville Police Department, was the "wrong way to go," House Speaker Cameron Sexton said. But there is more to the speaker's reaction.

**December 9, 2024:** Shawn Taylor, the conspiracy-minded cop now at the center of a criminal investigation, has resigned from his position as assistant chief for the Millersville Police Department after less than a year on the job. Read more here.

**December 18, 2024:** After months of controversy in Millersville, the first meeting of the new city commission brought a hint of drama — along with the hope of a fresh start. Click here for more.

**January 14, 2025:** Two detectives from the embattled Millersville Police Department have filed a federal lawsuit against a whistleblower who secretly recorded a child predator sting run by the agency and provided the videos to NewsChannel 5.

**January 31, 2025:** With his department facing a criminal investigation, Millersville Police Chief Bryan Morris has submitted his resignation, claiming that the environment inside City Hall "has become not just hostile, but untenable."

CLOSE



Robertson County Sheriff's Office

Booking photo for former Millersville detective Todd Brandon Dorris

**July 23, 2025:** A former Millersville police detective has been indicted by a Robertson County grand jury on aggravated perjury and official misconduct charges, accused of lying under oath about his role in a botched child predator sting. [Click here to read the story.](#)

### Related videos, & stories:

[Hate Comes to Main Street](#)

Copyright 2024 Scripps Media, Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

Recommended For You







**Flight Attendant Reveals How Seniors Can Fly Business Cla...**

Paid Content: Insider Deals | Travel

**All-New Walking Cane Technology Has Taken The US By Storm**

Paid Content: ReadyWalker

**What Happens When You Take 1 Shot Of Olive Oil Before Bed?**

This is a must watch for anyone over 60

Paid Content: enrichyourfood.com

CLOSE



## Cowboys owner Jerry Jones reveals cancer diagnosis and credit...

NewsChannel 5 Nashville



## Trump targets Republican Sen. Josh Hawley over his...

NewsChannel 5 Nashville



## Woman killed trying to escape shooting at a Nashville block party

NewsChannel 5 Nashville

## Top Cardiologist Begs: Quit Eating Blueberries Before...

Paid Content: thehealthyfat.com



## Neither Left nor Right: A Newsletter for Libertarians.

If you are tired of echo chambers and partisan news,...

Paid Content: Reason



## Neuropathy is not from Low vitamin B. Meet the Real Enemy...

When The Burning, Tingling & Numbness Won't Stop

Paid Content: Health Insight Journal



### Actress And Supernatural Star...

Paid Content: TipHero



### Tiger Woods and Vanessa Trump's...

Paid Content: TMSPN



### Taylor Swift Gives Travis Kelce Firm...

Paid Content: TipHero



## Barack Obama Admits to "Deep Deficit" in Marriage with Michelle

Paid Content: TipHero



CLOSE



### Enlarged Prostate Has Nothing To Do With Age: Just Stop Doing...

Paid Content: Men Health Today



### Plastic Surgeon: Fighting "Turkey Neck" After 60 Come...

Don't let "Turkey Neck" make you look 10-15 years older tha...

Paid Content: Beverly Hills MD

### Tennessee Houses Built Before 2004 Can Get New Windows

Paid Content: Smart Lifestyle Trends

## Marketplace  Sell Your Items - Free to List

Visit Full Marketplace



### 1955 Ford Thunderbird

$48,000

GATEWAY C. I sellwild.com



### Apple Vision Pro 256gb 21W

$997

BOB A. I sellwild.com



### Vintage Etienne Aigner Handmade Leather

$149

MANDA N. I sellwild.com







CLOSE

Powered by Sellwild

Phone: 615-244-5000   News   Sports   Weather   Traffic
Talk Of The Town   Newschannel 5+
Don't Waste Your Money   Support



© 2025 Scripps Media, Inc

*Give Light and the People Will
Find Their Own Way*

Contact Us   Sitemap   Do Not Sell My Info   Privacy Policy
Privacy Center   Journalism Ethics Guidelines   Terms of Use
EEO   Careers   FCC Public File   FCC Public Contact
FCC Application   Accessibility Statement
Scripps Media Trust Center   Closed Captioning Contact

CLOSE

# **EXHIBIT 2**





# Bryant Kroll · 3rd

The Law Office of Bryant Kroll

The Law Office of Bryant Kroll • Middle Tennessee State University (MTSU)

Nashville, Tennessee, United States

**9** connections

 + Connect    ◈ Message    ⋯

## About

Bryant Kroll is an accomplished trial attorney with experience representing clients in complex civil litigation in both state and federal courts.  The Law Office of Bryant Kroll handles numerous practice areas, includi... see more

## Activity

9 followers

Bryant hasn't posted yet.
Recent posts Bryant shares will be displayed here.

Show all activity →

## Experience

## Experience



**Attorney At Law**
The Law Office of Bryant Kroll
Jan 2024 - Present · 1 yr 8 mos
Nashville, Tennessee, United States



**Attorney**
The Blackburn Firm, PLLC
Aug 2014 - Dec 2023 · 9 yrs 5 mos
Nashville, Tennessee, United States

– Represent both plaintiffs and defendants in civil cases, as well as experience in c... see more

## Education



**Middle Tennessee State University (MTSU)**
Bachelor of Science - BS, International Relations & Homeland Security

Activities and societies: – Minor Degree as a Professional Pilot



**The University of Memphis—Cecil C. Humphreys School of Law**
Doctor of Law - JD

Activities and societies:  – Mock Trial, Champion with additional award for Best Trial B... see more

## Licenses & certifications



**Admitted to Practice Law in the State of Tennessee,**
Tennessee Bar Association